UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:08-cv-264-TJW-CE

Name of party requesting extension: InterContinental Hotels Groups PLC

Is this the first application for extension of time in this case? ☑ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 7/11/08

Number of days requested: ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 8/29/08   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Marc A. Fenster, Counsel for Plaintiff Linksmart
State Bar No.: 181067
Firm Name: RUSS, AUGUST & KABAT
Address: 12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
Phone: 310/826-7474
Fax: 310/826-6991
Email: mfenster@raklaw.com

A certificate of conference does not need to be filed with this unopposed application.