# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LINKSMART WIRELESS TECHNOLOGY, LLC,**<br><br>    Plaintiff,<br><br> v.<br><br>1. T-MOBILE USA, INC.;<br>2. WAYPORT, INC.;<br>3. AT&T, INC.;<br>4. AT&T MOBILITY, LLC;<br>5. LODGENET INTERACTIVE CORP.;<br>6. IBAHN GENERAL HOLDINGS CORP.;<br>7. ETHOSTREAM, LLC;<br>8. HOT POINT WIRELESS, INC.;<br>9. NETNEARU CORP.;<br>10. PRONTO NETWORKS, INC.;<br>11. APTILO NETWORKS, INC.;<br>12. FREEFI NETWORKS, INC.;<br>13. MERAKI, INC.<br>14. SECOND RULE LLC<br>15. MAIL BOXES ETC., INC.;<br>16. MCDONALD'S CORP.;<br>17. BARNES & NOBLE BOOKSELLERS, INC.;<br>18. RAMADA WORLDWIDE, INC.;<br>19. MARRIOTT INTERNATIONAL, INC.;<br>20. INTERCONTINENTAL HOTELS GROUPS PLC;<br>21. CHOICE HOTELS INTERNATIONAL, INC.; AND<br>22. BEST WESTERN INTERNATIONAL, INC.,<br>    Defendants. | **Civil Action No: 2:08-CV-00264-TJW-CE**<br><br><br>**JURY** |

## **STIPULATION OF DISMISSAL**

Linksmart Wireless Technology, LLC and Intercontinental Hotels Group PLC by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims against Intercontinental Hotels Group PLC in the above-entitled action be dismissed without prejudice.  Each party to this stipulation shall bear its own attorney's fees, costs and expenses incurred in connection with the action.

Respectfully submitted,

Dated:  December 9, 2008  By:  /s/ Marc A. Fenster     by permission
  Marc A. Fenster
  (California Bar No. 181067)
  Russ August & Kabat
  12424 Wilshire Boulevard, 12th Floor
  Los Angeles, CA 90025
  Telephone:  (310) 826-7474
  Facsimile:  (310) 826-6991

  **Attorneys for Plaintiff**
  **Linksmart Wireless Technology, LLC**

Dated:  December 9, 2008  By:  /s/ John M. Guaragna
  John M. Guaragna, Esq.
  (Texas Bar No. 24043308)
  DLA Piper LLP (US)
  1221 South MoPac Expressway, Suite 400
  Austin, TX 78746-6875
  Telephone:  (512) 457-7000
  Facsimile:  (512) 457-7001

  **Attorneys for Defendant**
  **InterContinental Hotels Group PLC**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 9th day of December 2008, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

      /s/ John M. Guaragna
      John M. Guaragna