IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., et al., <br> Defendants. | § <br> § <br> § <br> § <br> §     CIVIL ACTION NO. 2:08-CV-264 <br> § <br> § <br> § |

**O R D E R**

The Court previously granted an unopposed motion to stay the above-captioned cases pending re-examination proceedings at the United States Patent and Trademark Office ("PTO's"). *See* 10/26/2010 Order, Dkt. No. 576. The Court recently granted Plaintiff's Unopposed Motion to Lift Stay based on the PTO's issuance of a Notice of Intent to Issue *Ex Parte* Reexamination Certificate. *See* 2/3/2012 Order, Dkt. No. 587. Various original claims have been confirmed, amended, or canceled, and various newly presented claims have been either found patentable or have been cancelled. *See* Dkt. No. 586, Ex. A at p. 4 of 25.

In light of the PTO's Notice and the lifting of the stay in the above-captioned case, all pending motions (Dkt. Nos. 413, 432, 468, and 530) are hereby **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

    SIGNED this 6th day of February, 2012.

    _____
    DAVID FOLSOM
    UNITED STATES DISTRICT JUDGE