MISC. ORDER NO. 12-1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

### ORDER REASSIGNING PENDING CASELOAD UPON JUDGE DAVID FOLSOM'S DEPARTURE FROM THE BENCH

In light of Judge David Folsom's departure from the bench on March 17, 2012, all cases are hereby reassigned as specified. All cases reassigned to Judge Schneider are referred to Judge Craven. In all cases reassigned to Judge Gilstrap, any prior referrals to Judge Craven are vacated, and all reassignments to Judge Gilstrap are subject to his order regarding referrals to Judge Payne. The effective date of this order is March 17th, 2012.

1. Marshall Divsion: All of Judge Folsom's pending civil cases will be reassigned to Judge Gilstrap with the exception of the following:

   Cases reassigned to Judge Schneider:

   2:07-cv-139, 2:07-cv-488, 2:08-cv-429, 2:09-cv-172, 2:09-cv-345, 2:10-cv-22, 2:10-cv-93, 2:10-cv-123, 2:10-cv-204, 2:10-cv-221, 2:10-cv-229, 2:10-cv-306, 2:10-cv-478, 2:11-cv-30, 2:11-cv-56, 2:11-cv-179, 2:11-cv-193, 2:11-cv-229, 2:11-cv-306, 2:11-cv-318, 2:11-cv-366, 2:11-cv-407, 2:11-cv-409, 2:11-cv-411, 2:11-cv-416, 2:11-cv-429, 2:11-cv-466, 2:11-cv-515, 2:11-cv-516, 2:11-cv-523, 2:12-cv-42, 2:11-cv-408, 2:10-cv-493, 2:11-cv-507, 2:11-cv-508, 2:11-cv-509, 2:11-cv-510, 2:12-cv-39, 2:12-cv-40

   Case 2:11-cv-142 will be reassigned to Judge Schneider from Judge Gilstrap due to a related case.

   Case 2:10-cv-490 will be reassigned to Judge Gilstrap from Judge Schneider in aid of rebalancing the Marshall caseload.

   Case 2:11-cv-437 will be reassigned to Judge Davis from Judge Folsom.

2. Texarkana: All of Judge Folsom's pending Texarkana civil and criminal cases will be reassigned to Judge Schneider.

3. Sherman: All of Judge Folsom's pending Sherman criminal cases will be reassigned to Judge Crone.
   All of Judge Schneider's pending Sherman civil cases will be reassigned to Judge Clark.

4. Tyler: Case 6:00-cr-5 will be reassigned to Judge Schneider.

5. Beaumont: Case 1:11-cv-451 will be reassigned to Judge Davis.

**SIGNED** this 16th day of March, 2012.

**FOR THE COURT:**

_____
LEONARD DAVIS
Chief Judge