UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., et al.<br><br>　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. 2:08-cv-00264-JRG-RSP<br>Case No. 2:08-cv-00304-DF-CE<br>Case No. 2:08-cv-00385-DF-CE<br>Case No. 2:09-cv-00026-DF-CE<br><br>CONSOLIDATED |

**JOINT MOTION TO DISMISS ALL REMAINING DEFENDANTS**

　　　　Plaintiff, Linksmart Wireless Technology, LLC, and all remaining Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), hereby move, pursuant to the stipulation attached as Exhibit A, for an order dismissing all claims and counterclaims between Plaintiff and Defendants WITHOUT PREJUDICE.  Each side to bear its own costs, expenses and fees.


Dated:  April 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By:  _____/s/ Andrew D. Weiss_____
　　　　　　　　　　　　　　　　　　　　　　　　Marc A. Fenster, CA SB #181067
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　　　　　　　Andrew D. Weiss, CA SB #232974
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: aweiss@raklaw.com
　　　　　　　　　　　　　　　　　　　　　　　　RUSS, AUGUST & KABAT
　　　　　　　　　　　　　　　　　　　　　　　　12424 Wilshire Boulevard 12th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90025
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　310/826-7474
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　310/826-6991

　　　　　　　　　　　　　　　　　　　　　　　　Andrew W. Spangler, TX SB #24041960
　　　　　　　　　　　　　　　　　　　　　　　　Email: spangler@spanglerlawpc.com
　　　　　　　　　　　　　　　　　　　　　　　　SPANGLER LAW PC
　　　　　　　　　　　　　　　　　　　　　　　　208 N. Green Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　Longview, TX 75601
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　903/753-9300
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　903/553-0403

**Attorneys for Plaintiff**
**LINKSMART WIRELESS**
**TECHNOLOGY, LLC**

By:  /s/  Noah A. Levine (*by permission*)
Noah Levine
David B. Bassett
WilmerHale
399 Park Avenue
New York, NY 10022
212-230-8800
212-230-8888 (fax)
noah.levine@wilmerhale.com
david.bassett@wilmerhale.com

William F. Lee
Jonathan Andron
WilmerHale
60 State Street
Boston MA 02109
617-526-6000
617-526-5000 (fax)
william.lee@wilmerhale.com
jonathan.andron@wilmerhale.com

Michael Ernest Richardson
Beck Redden & Secrest - Houston
1221 McKinney
Suite 4500
Houston, TX 77010-2010
713-951-6284
713-951-3720 (fax)
mrichardson@brsfirm.com

**Attorneys for Cisco Systems, Inc. and**
**T-Mobile USA Inc.**


By: /s/ Mark E. Ungerman (*by permission*)
Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON
& CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]

Tyler, Texas 75701
Tel. 903-509-5000
Fax 903-509-5092

Mark E. Ungerman
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. 202-887-1500
Fax 202-887-0763
Email: mungerman@mofo.com

**Attorneys for LodgeNet Interactive Corp.**


By: /s/ Erin Gibson (*by permission*)
John M. Guaragna, Esq.
State Bar No. 24043308
DLA Piper LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel.  512-457-7000
Fax  512-457-7001

**Attorneys for Defendants Marriott International, Inc.,
InterContinental Hotels Group Resources, Inc., and Six Continents Hotels, Inc.**

By: /s/ Michael Broaddus (*by permission*)
David J. Burman
LEAD ATTORNEY
  DBurman@perkinscoie.com
Michael D. Broaddus
MBroaddus@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., 48th Floor
Seattle, WA 98101
Tel. 206-359-8000
Fax 206-359-9000

Michael E. Jones
  mikejones@potterminton.com
Allen Gardner
  allengardner@potterminton.com
POTTER MINTON

110 N. College 500 Plaza Tower
Tyler, Texas 75702
Tel. 903-597-8311
Fax 903-593-0846 (facsimile)

**Attorneys for iBahn General Holdings Corp.**

/s/ James D. Peterson (*by permission*)
James D. Peterson
 jpeterson@gklaw.com
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Tel. 608.257.3911
Fax. 608.257.0609

Christine J. Moser
Baker Hostetler
3200 National City Center
1900 East North St
Cleveland, Ohio 44114-3485
Tel. 216-621-0200
Fax 216-696-0740
cmoser@bakerlaw.com

**Attorneys for Ethostream, LLC and Ramada World Wide**

/s/ David E. Rogers (*by permission)*
David E. Rogers
drogers@swlaw.com
Sid Leach
sleach@swlaw.com
Snell & Wilmer, LLP
400 E Van Buren St #1900
Phoenix, AZ 85004-2202
Tel. 602.382.6225
Fax. 602.382.6070

Christopher M. Joe
Chris.Joe@bjciplaw.com
Brian A. Carpenter
Brian.Carpenter@bjciplaw.com
Buether Joe & Carpenter, LLC

        1700 Pacific, Suite 2390
        Dallas, TX 75201
        Tel. 214-466-1272
        Fax 214-635-1828

        **Attorneys for Best Western International Inc.**


        /s/  Greg Lyon (*by permission*)
        Michael Charles Smith
        Siebman Reynolds Burg Phillips & Smith, LLP
        713 South Washington
        Marshall, TX 75670
        Tel. 903-938-8900
        Fax 972-767-4620 (fax)
        michaelsmith@siebman.com

        Kevin P. Anderson
        Greg Lyons
        Wiley Rein LLP
        1776 K Street NW
        Tel. 202-719-7000
        Fax 202-719-7049
        kanderson@wileyrein.com
        glyons@wiley.rein.com

        **Attorney for Choice Hotels International, Inc.**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on April 4, 2012, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).  Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

Dated: April 4, 2012                                          /s/ Andrew D. Weiss
                                                                           Andrew D. Weiss

## CERTIFICATE OF CONFERENCE

I certify that counsel of record for Linsksmart and Defendants met and conferred pursuant to Local Rule CV-7(h).  This motion is unopposed.

Dated: April 4, 2012                                          /s/ Andrew D. Weiss
                                                                           Andrew D. Weiss