UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.<br><br>Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. 2:08-cv-00264-DF-CE<br>Case No. 2:08-cv-00304-DF-CE<br>Case No. 2:08-cv-00385-DF-CE<br>Case No. 2:09-cv-00026-DF-CE<br><br>CONSOLIDATED |

## ORDER GRANTING JOINT MOTION TO DISMISS ALL REMAINING DEFENDANTS

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss all claims and counterclaims asserted between plaintiff, Linksmart Wireless Technology, LLC, and all remaining defendants pursuant to the stipulation entered into between the parties, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Linksmart Wireless Technology, LLC, and all remaining defendants are hereby dismissed without prejudice, with each party to bear its own costs, expenses and attorneys fees.

**SIGNED this 5th day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE